UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
---------------------------------------------------------------x
ENDURANCE AMERICAN INSURANCE
COMPANY

                               Plaintiff,           Civil Case No.: 2:24-cv-03186

     v.

                                                 **STIPULATION OF**
                                                 **<u>DISCONTINUANCE</u>**

QBE INSURANCE CORPORATION
AND RODNEY BOYD

                                  Defendants.
---------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, the above-entitled action is hereby

discontinued in its entirety with prejudice as to Defendants QBE INSURANCE CORPORATION

AND RODNEY BOYD pursuant to FCRP 41(a)(1)(A)(i).

Dated: New York, New York
        June 17, 2024


  LONDON FISCHER LLP                    QBE INSURANCE CORPORATION
                                      Defendant
                                      Not Answered in this Action

  By:   /s/ Daniel W. London
  Daniel W. London                   RODNEY BOYD
  Attorneys for Plaintiff              Defendant
  Endurance American Insurance Company    Not Answered in this Action
  59 Maiden Lane, 39th Floor
  New York, New York 10038
  (212) 972-1000
  Our File No.: 400.0000002