UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------x
ENDURANCE AMERICAN INSURANCE
COMPANY

                              Plaintiff,           Civil Case No.: 2:24-cv-03186

     v.

                                     **VOLUNTARY DISMISSAL ORDER
CLOSED**

QBE INSURANCE CORPORATION
AND RODNEY BOYD

                            Defendants.
------------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, the above-entitled action is hereby

discontinued in its entirety with prejudice as to Defendants QBE INSURANCE CORPORATION

AND RODNEY BOYD pursuant to FCRP 41(a)(1)(A)(i).

Dated: New York, New York
      June 17, 2024

LONDON FISCHER LLP               QBE INSURANCE CORPORATION
                                     Defendant
                                     Not Answered in this Action

By:  /s/ Daniel W. London
Daniel W. London                   RODNEY BOYD
Attorneys for Plaintiff            Defendant
Endurance American Insurance Company    Not Answered in this Action
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 972-1000
Our File No.: 400.0000002

SO ORDERED: 6/19/2024
**s/Stanley R. Chesler, U. S. D. J.**